# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00598-CV

### Z. L., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-FM-12-004314, HONORABLE RHONDA HURLEY, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on August 30, 2013. By request to this Court dated September 9, 2013, Marlene Erives requested an extension of ten days.

Effective March 1, 2012, amendments to the Texas Rules of Appellate Procedure adopted by Texas Supreme Court Miscellaneous Docket No. 12-9030 prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Marlene Erives is hereby ordered to file the reporter's record in this case on or before September 19, 2013. If the record is

not filed by that date, Erives may be required to show cause why she should not be held in contempt of court.

It is ordered on August 9, 2013.


Before Chief Justice Jones, Justices Pemberton and Field